IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) CHANDRA FRANKLIN,<br>(2) NIKKI ROBBINS, and<br>(3) MARINA YEVAZOVA<br><br>      Plaintiffs,<br><br>vs.<br><br>(1) OKLAHOMA STATE UNIVERSITY<br>MEDICAL CENTER and<br>(2) REBECCA WILSON<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 16-CV-00115-JHP-PJC |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(ii), Plaintiffs, Chandra Franklin, Nikki Robbins and Marina Yevazova, by and through their counsel of record, Brendan M. McHugh, and Defendant, Oklahoma State University Medical Center Trust, by and through its counsel of record, Newton, O'Connor, Turner & Ketchum, P.C., hereby stipulate to a dismissal of all of Plaintiffs' claims and causes of action against Defendants Oklahoma State University Medical Center and Rebecca Wilson in the above styled and numbered case, with prejudice, each party to bear their own attorneys' fees and costs.

/s/ Brendan M. McHugh
Brendan M. McHugh, OBA #18422
P.O. Box 1392
Claremore, OK 74018
(918) 608-0111
Fax: (918) 803-4910
Email:  brendan@lawinok.com

**ATTORNEYS FOR PLAINTIFFS, CHANDRA FRANKLIN, NIKKI ROBBINS AND MARINA YEVAZOVA**

*Signed by filing attorney, with permission of Plaintiffs' attorney.*

NEWTON, O'CONNOR, TURNER & KETCHUM,
A PROFESSIONAL CORPORATION

By: */s/ W. Kirk Turner*
       W. Kirk Turner, OBA #13791
       Rachel B. Crawford, OBA #20662
       Samanthia S. Marshall, OBA # 22640
       15 West Sixth Street, Suite 2700
       Tulsa, Oklahoma   74119
       Phone (918) 587-0101
       Fax (918) 587-0102
       kturner@newtonoconnor.com
       rcrawford@newtonoconnor.com
       smarshall@newtonoconnor.com

ATTORNEYS FOR DEFENDANT, OKLAHOMA STATE
UNIVERSITY MEDICAL CENTER